### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. JENNIFER WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-11039 |
| ) | |
| BOSTON SCIENTIFIC CORPORATION ) | |
| and ) | |
| BOSTON SCIENTIFIC SCIMED, INC. ) | |
| ) | |
| Defendants. ) | |

### ASSENTED-TO MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants Boston Scientific Corporation and Boston Scientific Scimed, Inc. respectfully move for an 8-day extension of time to answer or otherwise respond to the Complaint in this matter, from June 29 through and including July 7, 2017.  As grounds for this motion, Defendants state as follows:

1) Plaintiff served her Complaint on Defendants on June 8, 2017, and the deadline for Defendants to answer or otherwise respond to the Complaint is June 29, 2017.  *See* Dkt. Nos. 6-7.)

2) On June 22, 2017, undersigned counsel entered an appearance in this matter.  *See* Dkt. No. 8.

3) Undersigned counsel will be on vacation abroad from June 23 – July 6, 2017, and therefore will be unable to file Defendants answer or other response by the current June 29, 2017 deadline.

4) Defendants' counsel has conferred with counsel for Plaintiff, who has assented-to an 8-day extension of time for Defendants to answer or otherwise respond to the Complaint, through and including July 7, 2017.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request an 8-day extension, through and including July 7, 2017 to answer or otherwise respond to the Complaint.

Dated: June 22, 2017

Respectfully submitted,

**MATORIN LAW OFFICE, LLC**

/s/ Mitchell J. Matorin
Mitchell J. Matorin (BBO# 649304)
18 Grove Street, Suite 5
Wellesley, MA 02482
(781) 453-0100

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 22, 2017.

/s/ Mitchell J. Matorin
Mitchell J. Matorin (BBO# 649304)